UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPI SCHAFLER,

    Plaintiff,

    v.

BANK OF AMERICA MERRILL LYNCH (BANK OF AMERICA INVESTMENTS),

    Defendant.

_____/

No. C 14-1879 PJH

**ORDER**

The court is in receipt of a motion to "change judicial assignment" filed in the above-entitled action by plaintiff Pepi Schlafler. In the motion, plaintiff complains about the undersigned district judge's rulings in another case filed by plaintiff in this district, and asserts that "the judicial assignment of this case" to the undersigned should be "immediately rescinded."

Civil Local Rule 3-3 provides that the Clerk of the Court shall assign cases "pursuant to the Assignment Plan of the Court," and that "[t]he Clerk may not make or change any assignment except as provided in these local rules or in the Assignment Plan (General Order No. 44)." Civ. L.R. 3-3(a). The Assignment Plan "provide[s] an equitable system for a proportionate division of the caseload among the district and magistrate judges of the court" and ensures that cases in this district "are randomly and blindly assigned . . . by means of an automated system approved by the judges of this court." Gen. Order No. 44(A), (D). This case was randomly assigned to the undersigned on May 28, 2014, after plaintiff declined to consent to the jurisdiction of the magistrate judge who was originally

1  assigned to the case.

2      This court does not recognize motions to "change judicial assignment."  In general, a
3  judge is required to preside over the cases assigned to him or her unless a legitimate
4  reason for recusal exists.  See <u>United States v. Holland</u>, 519 F.3d 909, 912 (9th Cir. 2008).
5  Legitimate reasons for recusal are outlined in two statutes – 28 U.S.C. §§ 455 and 28
6  U.S.C. § 144.  If plaintiff wishes to request that the undersigned recuse herself from this
7  case, the appropriate method is to file a motion under either of those statutes.

**IT IS SO ORDERED.**

Dated:  June 12, 2014

                PHYLLIS J. HAMILTON
                United States District Judge