UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPI SCHAFLER,

    Plaintiff,

    v.

BANK OF AMERICA MERRILL LYNCH,

    Defendant.
_____/

No. C 14-1879 PJH

**ORDER SETTING HEARING DATE**

    On July 18, 2014, plaintiff Pepi Schafler filed a motion to transfer venue to the Southern District of New York. Plaintiff did not notice a hearing date for the motion, which defendant opposes. Also pending before the court is defendant's motion to dismiss, which was noticed for hearing on August 13, 2014. In the interest of judicial economy, the court will also hear plaintiff's motion on August 13, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge